IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                            NO. 4:08CR00377-02 JLH

JAMES E. HINTON, II                                                   DEFENDANT

## ORDER

James E. Hinton, II, has filed a motion for early termination of supervised release. The Court directs the United States to respond to the motion within fourteen days after the entry of this Order, after consulting with the United States Probation Office regarding the motion.

IT IS SO ORDERED this 27th day of January, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE